**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| JOSHUA BELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:07CV17 FRB |
| CARL MACHE, et al., | ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Plaintiff, an inmate at Jefferson County Jail, filed his complaint and motion to proceed in forma pauperis on January 26, 2007. Plaintiff did not, however, file a certified copy of his prison trust fund account statement in accordance with 28 U.S.C. § 1915. On February 20, 2007, the Court ordered plaintiff to file a copy of his prison account statement no later than March 5, 2007. Plaintiff has failed to comply with the Court's order, and the Court will dismiss this case pursuant to Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED**, without prejudice, pursuant to Fed. R. Civ. P. 41(b).

Dated this   12th   day of March, 2007.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE